**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Windsor Marketing Group, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  WMG** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1079709** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **100 Marketing Drive**<br>**Suffield, CT 06078**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hartford**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **windsormarketing.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Windsor Marketing Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Windsor Marketing Group, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Windsor Marketing Group, Inc.**                           Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  8, 2018**
              MM / DD / YYYY

X **/s/ Kevin F. Armata**                          **Kevin F. Armata**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ James Berman**                    Date **January  8, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**James Berman**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone  **(203) 368-4234**   Email address  **info@zeislaw.com**

**ct06027**
Bar number and State

# WINDSOR MARKETING GROUP, INC.

## WRITTEN CONSENT OF SOLE SHAREHOLDER

The undersigned, being the sole shareholder of Windsor Marketing Group, Inc., a Connecticut corporation (the "Company"), hereby consents to the following action on behalf of the Company and by signing this Consent hereby certifies that it is duly authorized to execute this Consent on behalf of the Company and hereby waives any requirement for notice of a meeting of the shareholders:

**RESOLVED,** that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that Kevin F. Armata, the President of the Company ("Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, or (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer so acting may approve;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved;

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, attorneys, financial advisors and accountants as the Officer so acting shall deem appropriate in his judgment;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the resolutions set forth in this Consent;

**FURTHER RESOLVED**, the resolutions set forth in this Consent do not conflict with any order of any court or bylaw or regulation of the Company nor have such resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date; and

**FURTHER RESOLVED**, that all of the acts and transactions of any one or more of the officers or sole member of the Company, which have been taken, caused to have been taken or made prior to the effective date of this Consent in connection with the matters set forth in this Consent, are hereby ratified, confirmed and approved.

*[Signature page follows.]*

- 2 -

IN WITNESS WHEREOF, the undersigned, being the sole shareholder of the Company, has caused this instrument to be signed as of the 8th day of January, 2018.

WINDSOR MARKETING GROUP, INC.

By:_____
        Kevin F. Armata
        President

- 3 -

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Windsor Marketing Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lindenmeyr/Munroe Attn: Pres, GP or Mang Membr P.O. Box 416207 Boston, MA 02241** | **David Webberman** dweberman@lindenmeyr.com | | | | | **$1,978,507.88** |
| **Fujifilm No. American Corp. Attn: Pres, GP or Mang Membr Dept. Ch 10764 Palatine, IL 60055** | **Nathan Hayes** nmayes@fujifilm.com | | | **$855,492.50** | **$0.00** | **$600,000.00** |
| **United Parcel Service Attn: Pres, GP or Mang Membr P.O. Box 7247-0244 Philadelphia, PA 19170** | **Sherri O'Neal** sboneal@UPS.com | | | | | **$374,146.80** |
| **Xpedx- Verativ Oper. Co. Attn: Pres, GP or Mang Membr P.O. Box 644250 Pittsburgh, PA 15264** | **Glenn Grigoletti** Glenn.Grigoletti@veritivcorp.com | | | | | **$276,525.94** |
| **Pitman Company Attn: Micheline Aboo 611 River Drive Cenelwood Park, NJ 07407** | **Micheline Abood** micheline.abood@agfa.com | | | | | **$241,214.12** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Windsor Marketing Group, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NPS, LLC c/o Brandon L. Bigelow Seyfarth Shaw LLP Seaport East Two Seaport Lane, Ste. 300 Boston, MA 02210** | **Brandon L. Bigelow**<br><br>**bbigelow@seyfarth.com** | | | | | **$226,800.00** |
| **U.S. Logistics Attn: Pres, GP or Mang Membr P.O. Box 225 Elizabeth, NJ 07207** | **Christina Murray**<br><br>**cmurray@AmericanCargoExpress.com** | | | | | **$207,661.23** |
| **Commonwealth Packaging Attn: Pres, GP or Mang Membr 1146 Sheridan Street P.O. Box 329 Chicopee, MA 01021** | **Elizabeth Gosselin Kouflie**<br><br>**ekouflie@cartons.com** | | | | | **$173,850.03** |
| **INCA Digital USA Attn: Pres., GP., or Mng. Mbr. P.O. Box 3235 New York, NY 10008** | **John Berardi**<br><br>**John.Berardi@screenamericas.com** | | | | | **$116,027.85** |
| **Connecticut Die Cutting Attn: Pres., GP., or Mng. Mbr. 95 Legget Street East Hartford, CT 06108** | **Stacy Mike**<br><br>**SMike@ardentdisplays.com** | | | | | **$98,785.27** |
| **K International, Inc. 3333 Oak Grove Avenue Waukegan, IL 60087** | **Kevin White**<br><br>**kevin@kinter.com** | | | | | **$89,686.38** |
| **Anthem Blue Cross Blue Shield Attn: Pres., GP., or Mng. Mbr. P.O. Box 1168 Newark, NJ 07101** | **Maria E Botelho**<br><br>**Maria.Botelho@anthem.com** | | | | | **$87,595.68** |
| **R&R Corrugated Attn: Pres., GP., or Mng. Mbr. 360 Minor Road Bristol, CT 06010** | **Robert Braverman**<br><br>**bbraverman@randrcorrugated.com** | | | | | **$86,950.77** |

Debtor   **Windsor Marketing Group, Inc.**                                    Case number *(if known)* _____
_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shrink Packaging Systems Attn: Pres., GP., or Mng. Mbr. P.O. Box 845454 Boston, MA 02284** | **Cheryl Devaney** **cdevaney@sps70.com** | | | | | **$85,748.03** |
| **Eversource 4027 Attn: Pres., GP., or Mng. Mbr. P.O. Box 650032 Dallas, TX 75265** | **CustomerServiceCTElectric@eversource.com** | | | | | **$82,352.77** |
| **Staples Advantage Attn: Pres., GP., or Mng. Mbr. Dept BOS, P.O. Box 4 Boston, MA 02241** | **Victoria Hughes** **Victoria.Hughes@Staples.com** | | | | | **$69,975.35** |
| **New Hampshire Plastics Attn: Pres., GP., or Mng. Mbr. 1 Bouchard Street Manchester, NH 03103** | **Lisa Cherrington** **CherringtonL@nhplastics.com** | | | | | **$64,885.00** |
| **Fedplast Attn: Pres., GP., or Mng. Mbr. 5100 Fisher Street St. Laurent, Quebec H4T1J5 Canada** | **David Grunberger** **David@fedplast.com** | | | | | **$56,594.00** |
| **Merrill Industries, LLC Attn: Pres., GP., or Mng. Mbr. 26 Village Street P.O. Box 150 Ellington, CT 06029** | **Susan Sych** **ssych@merrillind.com** | | | | | **$52,557.32** |
| **Chubb & Son Attn: Pres., GP., or Mng. Mbr. P.O. Box 382001 Pittsburgh, PA 15250** | **Nicole Perry** **Nperry@icne.com** | | | | | **$50,205.20** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Connecticut

In re  **Windsor Marketing Group, Inc.**                                    Case No.

_____

Debtor(s)                  Chapter    **11**

_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  **January  8, 2018**                          **/s/ Kevin F. Armata**

_____                 _____

**Kevin F. Armata/President**

Signer/Title

State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


Acco Brands, USA LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 203412
Dallas, TX 75320


Acronis Int'l c/o Acronis, Inc
Attn: Pres., GP., or Mng. Mbr.
1 Van De Graaf Drive
Burlington, MA 01803


ADP, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 842875
Boston, MA 02284


Advance Auto Parts
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 404875
Atlanta, GA 30384


AGFA Corporation
Attn: Micheline Aboo
611 River Drive
Cenelmwood Park, NJ 07407

Alarm Connections & Security
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 2071
Pompano Beach, FL 33061


All Pallet Recycling, LLC
Attn: Pres., GP., or Mng. Mbr.
28 Britton Drive
Bloomfield, CT 06002


American Pest Solutions
Attn: Pres., GP., or Mng. Mbr.
169 William Street
Springfield, MA 01105


Andros, Floyd & Miller, PC
Attn: Pres., GP., or Mng. Mbr.
864 Wethersfield Avenue
Hartford, CT 06114


Anthem Blue Cross Blue Shield
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 1168
Newark, NJ 07101


Anthem Dental
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 202837
Deptartment 83701
Dallas, TX 75320


Aramark Uniform Services
Attn: Pres., GP., or Mng. Mbr.
AUS North Lockbox
P.O. Box 28050
New York, NY 10087


Ardmore Printing and
Promotional Products
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5345
Milford, CT 06460


Armata Realty, LLC
Attn: Pres, GP or Mang Membr
2 Industrial Road
Windsor Locks, CT 06096

Bacher Corp of CT
Attn: Pres., GP., or Mng. Mbr.
7 Thompson Road
P.O. Box 733
East Windsor, CT 06088


Bay State Bearing Service
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 2740
Springfield, MA 01105


BCM, LLC
Attn: Pres., GP., or Mng. Mbr.
95 Brim Boulevard
Chambersburg, PA 17201


Bizcom Associates
Attn: Pres., GP., or Mng. Mbr.
1400 Preston Road #3
Plano, TX 75093


Bottcher America Corp.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 644956
Pittsburgh, PA 15264


Boundless Network
Attn: Pres., GP., or Mng. Mbr.
200 E 6th Street, Suite 300
Austin, TX 78701


Bradley Automotive Ctr.
Attn: Pres., GP., or Mng. Mbr.
25 King Spring Road
Windsor Locks, CT 06096


Broad Street Network
Attn: Pres., GP., or Mng. Mbr.
100 Wellesley Street
East #1813
Toranto, ON M4Y1H5


Canon Financial Services
Attn: Pres., GP., or Mng. Mbr.
14904 Collections Center
Chicago, IL 60693

Cantor Colburn LLP
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5046
New Britain, CT 06050


Case Paper Co.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 36056
Newark, NJ 07188


CDW Direct, LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 75723
Chicago, IL 60675


CE Northeast
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 33133
Newark, NJ 07188


Chubb & Son
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 382001
Pittsburgh, PA 15250


Cintas Corporation
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 631025
Cincinnati, OH 45263


Citizens Bank
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 9665
Providence, RI 02940


Cito USA Northeast
Attn: Pres., GP., or Mng. Mbr.
481 Roxbury Road RT. 67
Southbury, CT 06488


Clean Machine Power Wash
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 463
West Springfield, MA 01090

CMS Premium Products, LLC
Attn: Pres., GP., or Mng. Mbr.
7 Renees Way
Madison, CT 06443


Cohnreznick, LLP
Attn: Pres., GP., or Mng. Mbr.
350 Church Street
Hartford, CT 06103


Colex Finishing, Inc.
Attn: Pres., GP., or Mng. Mbr.
55-57 Bushes Lane
Elmwood Park, NJ 07407


Colliers International
Attn: Jean Tierney
864 Wethersfield Avenue
Hartford, CT 06114


Commonwealth Packaging
Attn: Pres, GP or Mang Membr
1146 Sheridan Street
P.O. Box 329
Chicopee, MA 01021


Concentra Occupational Health
Centers P.A.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 20220
Cranston, RI 02920


Conn. Water Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 981015
Boston, MA 02298


Connecticut Die Cutting
Attn: Pres., GP., or Mng. Mbr.
95 Legget Street
East Hartford, CT 06108


Connecticut Food Assoc.
Attn: Pres., GP., or Mng. Mbr.

Connecticut Lighting
Attn: Pres., GP., or Mng. Mbr.
160 Brainard Road
Hartford, CT 06114


Cox Communications
Attn: Pres., GP., or Mng. Mbr.
Dept. 781110
P.O. Box 78000
Detroit, MI 48278


Cox Communications
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 9001085
Louisville, KY 40290


Crawford Door Sales Co.
Attn: Pres., GP., or Mng. Mbr.
820 Thompsonville Road
Suffield, CT 06078


Crusader Paper Co.
Attn: Pres., GP., or Mng. Mbr.
350 Holt Road
North Andover, MA 01845


Crystal Rock LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 10028
Waterbury, CT 06725


CT Corporation
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 4349
Carol Stream, IL 60197


Dattco Coach & Tour
Attn: Pres., GP., or Mng. Mbr.
583 South Street
New Britain, CT 06051


Dell Software Inc.
EMC Corporation
Attn: Pres., GP., or Mng. Mbr.
4246 Collections Center
Chicago, IL 60693

Deluxe For Business


Diecutting Tool Serv.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 7
South Hadley, MA 01075


Duo-Fast Northeast
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 280127
East Hartford, CT 06128


E Osterman Gas Service
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 150
Whitinsville, MA 01588


Edict Systems, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box L-3115
Columbus, OH 43260


Everclear Halco Fasteners
Attn: Pres., GP., or Mng. Mbr.
20269 Mack Street
Hayward, CA 94545


Eversource
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 650034
Dallas, TX 75265


Eversource
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 650032
Dallas, TX 75265


Eversource 4027
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 650032
Dallas, TX 75265

Fasteners For Retail, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 932397
Cleveland, OH 44193


FedEx
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 371461
Pittsburgh, PA 15250


Fedplast
Attn: Pres., GP., or Mng. Mbr.
5100 Fisher Street
St. Laurent, Quebec
H4T1J5 Canada


FeEx Freight East
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 223125
Pittsburgh, PA 15251


Fiber Technologies Networks
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 32102
New York, NY 10087


Flexcon Company, Inc.
Attn: Accounts Receivable
P.O. Box 904
Spencer, MA 01562


Food Industry Alliance of NY
Attn: Pres., GP., or Mng. Mbr.
130 Washington Avenue
Albany, NY 12210


Friends of the Farm At Hilltop
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 372
Suffield, CT 06078


Fujifilm No. American Corp.
Attn: Pres, GP or Mang Membr
Dept. Ch 10764
Palatine, IL 60055

G.H. Berline Windward
Attn: Kathy Tiernan
42 Rumsey Road
East Hartford, CT 06108


GCR Tires & Service
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 910530
Denver, CO 80291


Getty Images USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 953604
Saint Louis, MO 63195


Greene Technologies, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 616
Greene, NY 13778


Greenough Packaging
Attn: Pres., GP., or Mng. Mbr.
54 Heywood Avenue
West Springfield, MA 01089


Group Dynamic, Inc.
Attn: Pres., GP., or Mng. Mbr.
411 US Route One
Falmouth, ME 04105


Hart Industries
Attn: Pres., GP., or Mng. Mbr.
43 Doran Street
East Haven, CT 06512


Harvest New England
Attn: Pres., GP., or Mng. Mbr.
232 Colt Highway
Farmington, CT 06032


Heidelberg USA, Inc.
Attn: Pres., GP., or Mng. Mbr.

Hewlett Packard Financial Srvc
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 402582
Atlanta, GA 30384


Hewlett-Packard Company
HP Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 419520
Boston, MA 02241


Hexacomb Corporation
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 71724
Chicago, IL 60694


Hocon Industrial Gas
Attn: Pres., GP., or Mng. Mbr.
86 Payne Road
Danbury, CT 06810


Hubergroup USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
Dept CH 16836
Palatine, IL 60055


INCA Digital USA
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 3235
New York, NY 10008


INX International Ink Co.
Attn: Pres., GP., or Mng. Mbr.
97141 Eagle Way
Chicago, IL 60678


Iron Mountain
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 27128
New York, NY 10087


K International, Inc.
3333 Oak Grove Avenue
Waukegan, IL 60087

KBA North America Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 619006
Dallas, TX 75261


Kevin Armata


Leaf
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 742647
Cincinnati, OH 45274


Legend Lawn Care, Inc.
Attn: Pres., GP., or Mng. Mbr.
514 Blandford Road
Russell, MA 01071


Lindenmeyr/Munroe
Attn: Pres, GP or Mang Membr
P.O. Box 416207
Boston, MA 02241


Macdermid Connect, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 671588
Dallas, TX 75267


Mailfinance
Attn: Pres., GP., or Mng. Mbr.
Dept 3682
P.O. Box 123682
Dallas, TX 75312


Maybury Associates, Inc.
Attn: Pres., GP., or Mng. Mbr.


McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Attn: Pres., GP., or Mng. Mbr.
One State Street
Hartford, CT 06103

McMaster-Carr Supply Co.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 7690
Chicago, IL 60680


Merrill Industries, LLC
Attn: Pres., GP., or Mng. Mbr.
26 Village Street
P.O. Box 150
Ellington, CT 06029


NEJC Consulting Corp.
Attn: Pres., GP., or Mng. Mbr.
3026 SW 17th Place
Cape Coral, FL 33914


New England Belting Co.
Attn: Pres., GP., or Mng. Mbr.
27 Mill Street
Berlin, CT 06037


New Hampshire Plastics
Attn: Pres., GP., or Mng. Mbr.
1 Bouchard Street
Manchester, NH 03103


North American Company
For Life and Health
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 650685
Dallas, TX 75265


NPS, LLC
c/o Brandon L. Bigelow
Seyfarth Shaw LLP Seaport East
Two Seaport Lane, Ste. 300
Boston, MA 02210


Nutmeg International, Inc.
Attn: Pres., GP., or Mng. Mbr.
130 Brainard Road
Hartford, CT 06114


Ocean Air Transportation, Inc.
Attn: Pres., GP., or Mng. Mbr.
310 North Street
Windsor Locks, CT 06096

Otis Elevator Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 13716
Newark, NJ 07188


Our Family Foundation


Paine's Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 307
Simsbury, CT 06070


PCM Sales, Inc.
Attn: Pres., GP., or Mng. Mbr.
Seal Beach, CA 90740


Penmar Industries
Attn: Pres., GP., or Mng. Mbr.
35 Ontario Street
Stratford, CT 06615


People's United Bank
Attn: Pres., GP., or Mng. Mbr.
1 Conant Street
Danvers, MA 01923


Phoenix Environmental
Laboratories, Inc
Attn: Pres., GP., or Mng. Mbr.
587 E. Middle TPK
Manchester, CT 06045


Pitman Company
Attn: Micheline Aboo
611 River Drive
Cenelwood Park, NJ 07407


Postmaster- Suffield


R&R Corrugated
Attn: Pres., GP., or Mng. Mbr.
360 Minor Road
Bristol, CT 06010

Richco Janitor Service
Attn: Pres., GP., or Mng. Mbr.
PO Box 1250
237 Memorial Drive
Springfield, MA 01101


Roadrunner Express, LLC
c/o ECapital, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 206773
Dallas, TX 75320-6773


Rosmini Pacesetter
Graphic Service Corp.
Attn: Pres., GP., or Mng. Mbr.
1375 Bangor Street
Copiague, NY 11726


Russo Lawn & Landscaping
Attn: Pres., GP., or Mng. Mbr.
395 Ella Grasso Tpke
Windsor Locks, CT 06096


Ryan Business Systems, Inc.
Attn: Pres., GP., or Mng. Mbr.
455 Governor's Highway
South Windsor, CT 06074


Safety-Kleen Corp.
Attn: Pres., GP., or Mng. Mbr.
PO Box 382066
Pittsburgh, PA 15250


Shaker Group, Inc.
Attn: Pres., GP., or Mng. Mbr.
862 Albany Shaker Road
Latham, NY 12110


Sherwin Williams
Attn: Pres., GP., or Mng. Mbr.
85 Freshwater Blvd.
Enfield, CT 06082


SHI Corp.
Attn: Pres., GP., or Mng. Mbr.
PO Box 952121
Dallas, TX 75395

Shred-It
Attn: Pres., GP., or Mng. Mbr.
28883 Network Place
Chicago, IL 60673


Shrink Packaging Systems
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 845454
Boston, MA 02284


SID Harvey Industries, Inc.
Attn: Pres., GP., or Mng. Mbr.
605 Locust Street
Garden City, NY 11530


SimplexGrinnell
Attn: Pres., GP., or Mng. Mbr.
Dept. CH 10320
Palatine, IL 60055


So. CT Pallet
c/o 1st PMF Bankcorp
Attn: Pres., GP., or Mng. Mbr.
PO Box 1488
Culver City, CA 90232


Spingfield Label & Tape
Attn: Pres., GP., or Mng. Mbr.
430 ST. James Avenue
Springfield, MA 01109


Stanton Equipment, Inc.
Attn: Pres., GP., or Mng. Mbr.
105 South Main Street
East Windsor, CT 06088


Staples Advantage
Attn: Pres., GP., or Mng. Mbr.
Dept BOS, P.O. Box 4
Boston, MA 02241


State of Connecticut
Dept. of Motor Vehicles
Attn: Pres., GP., or Mng. Mbr.
PO Box 150456
Hartford, CT 06115

State of Connecticut Dept. of
Economic & Community Develp.
Attn: Pres., GP., or Mng. Mbr.
200 Ballardvale Street
Wilmington, MA 01887


STP Bindery Service, Inc.
Attn: Pres., GP., or Mng. Mbr.
265 Prestige Park Road
East Hartford, CT 06108


Suffield Chamber of Commerce


Suffield Hardware, Inc.
Attn: Pres., GP., or Mng. Mbr.
63 Mountain Road
Suffield, CT 06078


T.W. Evans Cordage Co., Inc.
Attn: Pres., GP., or Mng. Mbr.


Tape Group USA
Attn: Pres., GP., or Mng. Mbr.
9600 County Road, Suite 2
Clarence Center, NY 14032


Taylor Energy/COMOCO
Attn: Pres., GP., or Mng. Mbr.
PO Box 348
152 Broad Brook Road
Broad Brook, CT 06016


Tennant Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 71414
Chicago, IL 60694


Total Benefits Administration
Attn: Pres., GP., or Mng. Mbr.
PO Box 2420
Vernon Rockville, CT 06066

Total Communications, Inc.
Attn: Pres., GP., or Mng. Mbr.
333 Burnham Street
East Hartford, CT 06108


TotalFunds by Hasler
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 30193
Tampa, FL 33630


Town of Suffield
Attn: Pres., GP., or Mng. Mbr.
83 Mountain Road
Suffield, CT 06078


Town of Suffield W.P.C.A.
83 Mountain Road
Suffield, CT 06078


Town of Windsor Locks
Attn: Tax Collector
P.O. Box 80000
Dept 31
Hartford, CT 06180


Trans World Entertainment
Attn: Pres., GP., or Mng. Mbr.


Turri Inc.
Attn: Pres., GP., or Mng. Mbr.
766 Riverside Road
Torrington, CT 06790


U.S. Logistics
Attn: Pres, GP or Mang Membr
P.O. Box 225
Elizabeth, NJ 07207


Uline
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 88741
Chicago, IL 60680

Unemployment Tax
Management Corporation
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 4074
Wakefield, MA 01880


Unisource- Verativ OP Co
Attn: Pres., GP., or Mng. Mbr.
7472 Collections Center
Chicago, IL 60693


United Parcel Service
Attn: Pres, GP or Mang Membr
P.O. Box 7247-0244
Philadelphia, PA 19170


University Products, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 101
Holyoke, MA 01041


Update


UPS Freight
Attn: Pres., GP., or Mng. Mbr.
28013 Network Place
Chicago, IL 60673


US Postal Service
Attn: Postmaster
235 Mountain Road
Suffield, CT 06078


Valley Machine Knife Corp.
Attn: Pres., GP., or Mng. Mbr.
33 Wayside Avenue
West Springfield, MA 01089


Veracore Software Solutions
Attn: Pres., GP., or Mng. Mbr.
1086 Elm Street
Rocky Hill, CT 06067

Verizon Wireless
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 15062
Albany, NY 12212


Vulcon Metal Products
Attn: Pres., GP., or Mng. Mbr.
18 Elm Street
Monson, MA 01057


W.B. Mason Co., Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 981101
Boston, MA 02298


W.G. Fry Corporation
Attn: Pres., GP., or Mng. Mbr.
60 Allston Avenue
West Springfield, MA 01089


Wells Fargo Vender
Financial Services
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 70239
Philadelphia, PA 19178


Wikoff Color Corp.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 75934
Charlotte, NC 28275


Windsor Winair Co.
Attn: Pres., GP., or Mng. Mbr.


Wisdom Adhesives
Attn: Pres., GP., or Mng. Mbr.
1575 Executive Drive
Elgin, IL 60123


Xeikon America, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 8552
Carol Stream, IL 60197

```
Xpedx- Verativ Oper. Co.
Attn: Pres, GP or Mang Membr
P.O. Box 644250
Pittsburgh, PA 15264


Yankee Courier Services, LLC
Attn: Pres., GP., or Mng. Mbr.
5 Craftsman Road
East Windsor, CT 06088


Zep Manufacturing Co.
Acuity Specialty Pro
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 3338
Boston, MA 02241


Zund America Inc.
Attn: Pres., GP., or Mng. Mbr.
5068 W. Ashland Way
Franklin, WI 53132
```