# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

---------------------------------------------------------X
In re:                                                            :        CHAPTER 11
                                                                       :
WINDSOR MARKETING GROUP, INC.     :        CASE NO. 18-20022
---------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 cases on behalf of Windsor Marketing Group, Inc. ("WMG") as debtor and debtor-in-possession (the "Debtor"). Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted, this 5th day of August, 2019.

By: */s/ Eric Henzy*
Eric Henzy (ct12849)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06604
Telephone: 203-368-4234
Email:  ehenzy@zeislaw.com